JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOSEN FIGURE, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BOBBY24,<br><br>　　　　　　　Defendant. | Case No. CV 23-4198-DMG (SSCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Plaintiff's Motion for Default Judgment, filed November 16, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Chosen Figure, LLC, and against Defendant Bobby24, in the amount of $14,337.50 in statutory damages, $1,460.25 in attorneys' fees, and $494 in costs.

IT IS FURTHER ORDERED that Bobby24, and its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with it, are hereby PERMANENTLY RESTRAINED and ENJOINED from (a) directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from Plaintiff's copyrighted photographs or to participate or assist in any such activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff.

DATED: November 16, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE